OAO91 (Rev. 8/01) Criminal Complaint

U.S. MAGISTRATE COURT
JSH – SDTX

# UNITED STATES DISTRICT COURT

OCT -8 2014   CLR

**SOUTHERN** DISTRICT OF **TEXAS**
Laredo Division

UNITED STATES OF AMERICA
V.
Andres HUERTA-Ruiz
Puebla, Mexico

## CRIMINAL COMPLAINT

Case Number: 5:14mj 1296 - 1

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 6, 2014** In **Webb** County, in the **Southern** District of **Texas** Defendant(s) did,

*(Track Statutory Language of Offense)*

Knowingly import from a place outside the United States of America, to wit, the United Mexican States to a place in the United States of America, to wit, Laredo, Texas, a controlled substance listed under Schedule II, Title II of the Controlled Substance Act, to wit, approximately **3.11 kilograms gross weight of crystal methamphetamine**. Furthermore, the defendant did knowingly and unlawfully possess with intent to distribute the above crystal methamphetamine and did conspire to possess with the intent to distribute the above crystal methamphetamine.

in violation of Title **21** United States Code, Section(s) **952(a) & 960(a)(1) and (b)(1)(B); 841(a)(1) and (b)(1)(A); and 846 & 841(a)(1) and (b)(1)(A)**.

I further state that I am a(n) **Special Agent, Homeland Security Investigations** and that this complaint is based on the following facts:

SEE ATTACHMENT A

Continued on the attached sheet and made a part of this complaint: X Yes ___ No

Signature of Complainant

Bradley Watts, Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 8, 2014 at Laredo, Texas
Date    City and State

J. Scott Hacker, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

## "ATTACHMENT A"

I am a Special Agent with Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On October 6, 2014, HSI Special Agents responded to the Laredo Texas POE Bridge 1. Upon arrival, SAs were advised that CBP Officers working the primary pedestrian inspection lane inspected the luggage of Andres HUERTA-Ruiz during his application for admission into the United States.

2. During the inspection of HUERTA's luggage, CBP Officers discovered aftermarket compartments that appeared to be sewn into the interior liners of two (2) of HUERTA's bags.

3. Further inspection revealed the false compartments to both contain a crystalline substance. Narcotics field test displayed positive results indicating the concealed substance to be crystal methamphetamine.

4. HSI SAs advised HUERTA of his Miranda warnings which he waived. HSI SAs proceeded to interview HUERTA.

5. HUERTA stated to agents during the interview that he had been hired to take the two (2) bags from Mexico City to Houston, Texas. HUERTA was to receive payment of $1500-$2000 USD upon delivery of the bags to Houston.

6. HUERTA claimed he was unaware of the exact contents of the bags but suspected the bags to contain marijuana.

7. HUERTA was arrested for violations of Title 21 USC 952, 841 and 846. HUERTA was subsequently booked into the Webb County Jail pending federal magistrate proceedings.